AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Huvelle, Ellen S. | **2. Court or Organization**<br><br>US District Court for the District of Columbia | **3. Date of Report**<br><br>06/19/2015 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - senior status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>1/1/2014<br>to<br>12/31/2014 |
| **7. Chambers or Office Address**<br><br>333 Constitution Avenue NW<br>Washington DC 20001 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boston College Law School Board of Trustees |
| 2. | Board Member | Abramson Scholarship Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Senior Counsel in Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Boston College Law School Find | 1/31/2014-2/1/2014 | Boston, MA | Meeting of Board of Trustees | Transportation, hotel, food |
| 2. | Boston College Law School Fund | 4/10/2014-4/11/2014 | Boston, MA | Meeting of Board of Trustees | Transportation, hotel, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar (previously held by Bank of America) | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Anheuser Busch Inbev SA SPON (BUD) | A | Dividend | K | T | | | | | |
| 2. Cambria Global Tactical | | None | | | Sold | 07/22/14 | M | D | |
| 3. CSX Corp | A | Dividend | K | T | | | | | |
| 4. DC Ballpark 5% due 2/22 | D | Interest | | | Sold | 09/04/14 | M | B | |
| 5. Eaton Vance Mut Fds TR Gb Mcrabsl Rtn I | D | Dividend | M | T | Buy (add'l) | 07/18/14 | L | | |
| 6. EMC | A | Dividend | K | T | | | | | |
| 7. INVESCO Developing Markets | A | Dividend | K | T | | | | | |
| 8. INVESCO Intl Growth | C | Dividend | L | T | | | | | |
| 9. iShares 2017 S&P AMT-FREE | A | Interest | | | Sold | 08/07/14 | K | | |
| 10. iShares Dj US Healthcare Shares | A | Dividend | L | T | | | | | |
| 11. iShares Dow Jones Intl Select Div | D | Dividend | M | T | Buy (add'l) | 12/30/14 | K | | |
| 12. iShares MSCI EAFE Fund | D | Dividend | N | T | | | | | |
| 13. iShares Sm Cap 600 Growth | A | Dividend | K | T | | | | | |
| 14. Market Vectors Gold Miners | | None | | | Sold | 08/07/14 | J | A | |
| 15. Nuance | | None | K | T | | | | | |
| 16. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 17. Oracle Corp | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pepsico Inc NC | A | Dividend | K | T | | | | | |
| 19. Schlumberger | A | Dividend | J | T | | | | | |
| 20. Schwab Government Securities | | None | N | T | | | | | |
| 21. SPDRs S & P 500 Fd ETF | E | Dividend | O | T | | | | | |
| 22. Time Warner Cable | A | Dividend | | | Sold (part) | 02/20/14 | K | E | |
| 23. | | | | | Sold | 05/07/14 | K | E | |
| 24. Vanguard High Dividend Yield | D | Dividend | N | T | | | | | |
| 25. Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | P1 | T | Buy | 02/12/14 | O | | |
| 26. | | | | | Buy (add'l) | 07/18/14 | M | | |
| 27. | | | | | Buy (add'l) | 07/22/14 | L | | |
| 28. | | | | | Buy (add'l) | 08/05/14 | K | | |
| 29. | | | | | Buy (add'l) | 09/02/14 | M | | |
| 30. Vanguard Ltd Term Tax-Exempt Adm | B | Dividend | M | T | | | | | |
| 31. Vanguard Total Bond Market | | None | | | Sold | 01/10/14 | O | | |
| 32. Yum Brands | A | Dividend | K | T | | | | | |
| 33. INVESCO Tax-Exempt Intermediate | B | Dividend | | | Buy | 01/08/14 | O | | |
| 34. | | | | | Sold | 02/12/14 | O | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   IRA #2 Charles Schwab (H) | E | Dividend | P1 | T | | | | | |
| 36.   -Abbott Laboratories | | | | | | | | | |
| 37.   -Arbitrage Fds Cl 1 | | | | | | | | | |
| 38.   -DoubleLine Core Fixed Income I | | | | | Buy<br>(add'l) | 07/22/14 | J | | |
| 39.   -DWS Commodity Securities, renamed<br>Deutsche Enchanced Commodity | | | | | Sold | 12/26/14 | M | | |
| 40.   -PIMCO Total Return | | | | | Sold | 09/29/14 | M | | |
| 41.   -Schwab Total Bond Market | | | | | Buy | 09/30/14 | M | | |
| 42.   -iShares MSCI EAFE ETF | | | | | Buy | 11/03/14 | M | | |
| 43.   -iShares Dow Jones Intl Select Div | | | | | Buy | 11/03/14 | L | | |
| 44. | | | | | Buy<br>(add'l) | 12/30/14 | K | | |
| 45.   -SPDR S&P 500 Fd ETF | | | | | Buy | 12/30/14 | M | | |
| 46.   -Schwab Government Securities | | | | | | | | | |
| 47.   -Templeton Income Global Bond adv | | | | | | | | | |
| 48.   -Under Armour | | | | | | | | | |
| 49.   -Vanguard Extended Market Index | | | | | | | | | |
| 50.   -Vanguard FTSE Emerging Markets | | | | | | | | | |
| 51.   -Vanguard Short-Term Investment-Grade | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000<br>O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Ivy Asset Strategies | | | | | Sold | 10/30/14 | M | B | |
| 53. Allianz NFJ Div. Value | A | Dividend | L | T | | | | | |
| 54. Caterpillar | A | Dividend | K | T | | | | | |
| 55. ExxonMobil | C | Dividend | M | T | | | | | |
| 56. Facebook Inc | | None | K | T | | | | | |
| 57. Franklin Small Midcap Growth | D | Dividend | L | T | | | | | |
| 58. General Electric | D | Dividend | M | T | | | | | |
| 59. Gilead Sciences | | None | K | T | Buy (add'l) | 08/27/14 | K | | |
| 60. IBM | A | Dividend | K | T | | | | | |
| 61. INVESCO Diversified Dividend | C | Dividend | L | T | | | | | |
| 62. INVESCO Developing Markets | A | Dividend | K | T | | | | | |
| 63. iShares Dow Jones Intl Select Div | D | Dividend | M | T | Buy (add'l) | 12/30/14 | K | | |
| 64. iShares MSCI EAFE | D | Dividend | M | T | | | | | |
| 65. iShares TR Large Value | C | Dividend | M | T | | | | | |
| 66. iShares TR Mid Value | C | Dividend | M | T | | | | | |
| 67. iShares S&P 500 Growth | B | Dividend | L | T | | | | | |
| 68. iShares S&P 600 Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Loomis Sayles Fds I Global Bond Inst | B | Dividend | | | Sold | 04/28/14 | M | | |
| 70. Neustar CLA A | | None | | | Sold | 06/16/14 | J | | |
| 71. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 72. Osceola 5% of 6/15 | D | Interest | | | Sold | 09/04/14 | M | C | |
| 73. Prudential Jennison Small Company | D | Dividend | L | T | | | | | |
| 74. Schwab Government Securities | | None | M | T | | | | | |
| 75. SPDRs S&P 500Fd ETF | D | Dividend | O | T | | | | | |
| 76. Twitter | | None | | | Sold | 06/11/14 | J | | |
| 77. Vanguard High Dividend Yield | D | Dividend | M | T | | | | | |
| 78. Vanguard Inter-Term Tax-Exempt Adm | E | Dividend | O | T | Buy | 02/12/14 | O | | |
| 79. | | | | | Buy (add'l) | 07/18/14 | K | | |
| 80. | | | | | Buy (add'l) | 07/22/14 | L | | |
| 81. Vanguard FTSE Emerging Markets ETF | C | Dividend | M | T | | | | | |
| 82. Vanguard Total Bond Market | | None | | | Sold | 01/10/14 | O | | |
| 83. Invesco Tax-Exempt Intermediate | B | Dividend | | | Buy | 01/08/14 | O | | |
| 84. | | | | | Sold | 02/12/14 | O | D | |
| 85. Vanguard Total Intl Bond | C | Dividend | M | T | Buy | 04/30/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Ltd Term Tax-Exempt Adm | A | Dividend | M | T | Buy | 09/02/14 | M | | |
| 87. T. Rowe Price Group | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 88. IRA #1 (H) | D | Int./Div. | M | T | | | | | |
| 89. -PIMCO Total Return | | | | | Buy (add'l) | 09/02/14 | J | | |
| 90. | | | | | Sold | 09/29/14 | L | | |
| 91. -Harbor Capital Appreciation | | | | | | | | | |
| 92. -Schwab Total Bond Market | | | | | Buy | 09/30/14 | L | | |
| 93. Greenwood at Cleveland Park LLC | | None | | | Sold | 12/31/14 | J | | |
| 94. Rental Property, Washington, DC | E | Rent | N | W | | | | | |
| 95. Retirement Account (H) | B | Int./Div. | K | T | | | | | |
| 96. -Lazard Emerging Mkts | | | | | Buy (add'l) | 01/02/14 | J | | |
| 97. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 98. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 99. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 100. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 101. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 102. | | | | | Buy (add'l) | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 104.  -PIMCO Total Return | | | | | Buy (add'l) | 01/02/14 | J | | |
| 105. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 106. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 107. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 108. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 109. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 110. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 111. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 112.  Retirement Account-IRA #3 (H) | G | Dividend | P1 | T | | | | | |
| 113.  -Arbitrage Fds Cl I | | | | | Buy (add'l) | 07/18/14 | M | | |
| 114.  -Cambria Global Tactical ETF | | | | | Sold | 07/22/14 | N | E | |
| 115.  -DoubleLine Core Fixed Income I | | | | | Buy (add'l) | 07/18/14 | L | | |
| 116.  -DWS Commodity Securities Inst, renamed Deutsche Enhanced Commodity | | | | | Buy (add'l) | 01/08/14 | K | | |
| 117. | | | | | Sold | 12/26/14 | M | | |
| 118.  -Eaton Vance Mut Fds Tr Gb Mcrabsl Rtn I | | | | | Buy (add'l) | 03/27/14 | L | | |
| 119. | | | | | Buy (add'l) | 07/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Harbor Capital Appreciation | | | | | | | | | |
| 121. -iShares Dow Jones Intl Select Div | | | | | | | | | |
| 122. -iShares MSCI EAFE ETF | | | | | Buy (add'l) | 01/10/14 | L | | |
| 123. -Ivy Asset Strategy I | | | | | Sold | 10/30/14 | M | D | |
| 124. -Loomis Sayles Fds I Global Bond Inst | | | | | Sold | 04/28/14 | M | | |
| 125. -Matthews Asian Growth & Income Instl | | | | | Buy (add'l) | 10/30/14 | M | | |
| 126. -PIMCO Commodity Real Return Instl | | | | | Sold | 01/08/14 | K | | |
| 127. -PIMCO Total Return Instl | | | | | Sold | 09/29/14 | N | | |
| 128. -Schwab Government Securities | | | | | | | | | |
| 129. -SPDR Gold Trust | | | | | Sold | 12/30/14 | K | | |
| 130. -SPDRs S&P 500Fd ETF | | | | | Buy (add'l) | 11/03/14 | L | | |
| 131. | | | | | Buy (add'l) | 12/30/14 | M | | |
| 132. -Templeton Global Bond Advisor | | | | | Buy (add'l) | 04/28/14 | M | | |
| 133. | | | | | Buy (add'l) | 07/18/14 | L | | |
| 134. -T Rowe Price Large Cap Value | | | | | | | | | |
| 135. -Vanguard Extended Market Index | | | | | Sold (part) | 01/10/14 | M | E | |
| 136. -Vanguard Short Term Bond Investment-Grade Adm | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Total Bond Market | | | | | Buy (add'l) | 03/31/14 | L | | |
| 138. -Schwab Total Bond Market | | | | | Buy | 09/30/14 | N | | |
| 139. -Vanguard High Dividend Yield | | | | | Buy | 12/30/14 | M | | |
| 140. Variable Annuity Account (H) | | | | | | | | | |
| 141. -DWS VIP Small Cap | | None | K | T | | | | | |
| 142. -MFS International Value | | None | K | T | | | | | |
| 143. -PIMCO Low Duration | | None | K | T | | | | | |
| 144. -PIMCO VIT High Yield | | None | J | T | | | | | |
| 145. -PIMCO Total Return | | | | | Sold | 09/30/14 | L | A | |
| 146. -Putnam VT Equity Income | | None | K | T | | | | | |
| 147. -Schwab S & P 500 | | None | L | T | | | | | |
| 148. -Templeton Foreign Securities | | None | J | T | | | | | |
| 149. -Van Eck VIP Global Bond | | None | J | T | | | | | |
| 150. -Van Eck VIP Global Hard Assets | | None | J | T | | | | | |
| 151. -Putnam VT American Government Inc | | None | K | T | Buy | 09/30/14 | K | | |
| 152. -Templeton Global Bond Sec CI2 | | None | K | T | Buy | 09/30/14 | K | | |
| 153. 529 Account (H) | B | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -AF-Capital Income Builder | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 155.  -AMCAP Fund 529F | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 156.  -American High Income Tr | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 157.  -Euro Pacific Growth Fund 529F | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 158.  -Fundamental Investors 529F | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 159.  -Bond Fund of America 529F (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 160.  -Capital World Bond Fd 529-F (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 161.  -Small Cap World Fund 529F (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 162.  -Capital World Growth & Inc. (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 163.  529 Account (H) #2 | A | Dividend | | | | | | | |
| 164.  -Bond Fund of America 529F | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 165.  -Fundamental Investors 529F | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 166.  -Capital World Bond Fd 529-F (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 167.  -Small Cap World Fund 529F (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 168.  -Capital World Growth & Inc (X) | | | J | T | Buy (add'l) | 12/24/14 | J | | |
| 169. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ellen S. Huvelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544